IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA ROXIE MARIE FLETCHER, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:18-cv-00111 |
| | ) JUDGE RICHARDSON |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. On February 25, 2019, the United States Magistrate Judge recommended that Plaintiff's Motion for Judgment on the Record (Doc. No. 20) be granted, that the decision of the Commissioner be reversed, and that the matter be remanded to the Commissioner for further administrative proceedings with respect to the "step five" issues discussed at pages 9-15 of the Magistrate Judge's Report and Recommendation. (Doc. No. 25). Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. The Report and Recommendation (Doc. No. 25) is **ADOPTED AND AFFIRMED**. Plaintiff's Motion for Judgment on the Record (Doc. No. 20) is **GRANTED**. The Commissioner's decision is **REVERSED**, and the matter is **REMANDED** to the Commissioner for further proceedings consistent with the Magistrate Judge's

1

Report and Recommendation. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE