IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DONNA ROXIE MARIE FLETCHER,    )
    )
    Plaintiff,    )
    )    No. 3:18-cv-00111
v.    )    JUDGE RICHARDSON
    )
ANDREW M. SAUL, COMMISSIONER    )
OF SOCIAL SECURITY    )
ADMINISTRATION,    )

    Defendant.

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc.
No. 38), recommending that Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. § 2312(d)
(Doc. No. 28) be granted in part. No Objections to the Report and Recommendation have been
filed.

The failure to object to a report and recommendation releases the Court from its duty to
independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2
(M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL
1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985).
The district court is not required to review, under a *de novo* or any other standard, those aspects of
the report and recommendation to which no objection is made. *Ashraf v. Adventist Health
System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*,
Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court
should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. § 2312(d) (Doc. No.28) is **GRANTED** in part, and Plaintiff is awarded attorney's fees in the amount of $7,511.34, and paralegal fees in the amount of $12.00, as set forth in the Report and Recommendation.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE